[No. 2329–3.   Division Three.   March 24, 1978.]

THE STATE OF WASHINGTON, *on the Relation of James P. Whitt, Respondent,* v. THOMAS BOONE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whitman County, No. 27592, Philip H. Faris, J., entered February 25, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green and McInturff, JJ.

[No. 4465–1.   Division One.   March 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND A. GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7490, Paul D. Hansen, J., entered February 4, 1976. *Dismissed* by unpublished opinion per Farris, C.J., concurred in by Williams and Callow, JJ.

[No. 5036–1.   Division One.   March 27, 1978.]

ELMER KING, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 36436, Walter J. Deierlein, Jr., J., entered August 25, 1976. *Affirmed* by unpublished opinion per Dore, J., concurred in by Farris, C.J., and Callow, J.